# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| In re | Chapter 13 |
|---|---|
| **VIRGINIA GLANZ,** | Case No.: 16-20266 |
| Debtor. | |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

VIRGINIA GLANZ, (the "Movant") has filed a Motion to Extend Stay with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than March 10, 2016. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. section 102(1).

Dated: February 25, 2016

By:   VIRGINIA GLANZ, MOVANT

/s/ Suzann L. Beckett
Suzann L. Beckett, LLC
543 Prospect Avenue
Hartford, CT   06105
(860) 236-1111
Federal Bar No. ct02186

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re | Chapter 13 |
|---|---|
| **VIRGINIA GLANZ,** | Case No.: 16-20266 |
| Debtor. | |

## MOTION TO EXTEND STAY
## PURSUANT TO 11 U.S.C. SECTION 362(c)

The Debtor herein, VIRGINIA GLANZ, acting by counsel does hereby request that the stay imposed under provisions of 11 U.S.C. Section 362 be extended indefinitely following the date of the filing of this Chapter 13 proceeding.

1. On July 30, 2014, the Debtor filed a voluntary petition under Chapter 13 of Title 11, United States Code. Case number 14-21498 was assigned. This case was dismissed for lack of income on April 28, 2015.

2. No motion under 11 U.S.C. 362(d) was filed in the prior case.

3. The Debtor has not had any other pending bankruptcy cases within the one year prior to filing the instant petition.

4. Debtor filed a 2nd Chapter 13 matter on February 23, 2016, Case number 16-20266.

5. At the time of her first Chapter 13 case was filed, the Debtor had insufficient income to confirm a Chapter 13 plan due, in part, to the loss of her job for disability and the loss of one of her tenants.

6. The Debtor began receiving social security disability income in 2015; she has solid tenants in both of the rental units; and now has sufficient income to confirm a Chapter 13 plan. See Affidavits of Virginia Glanz and Robert Glanz, attached hereto as *Schedule A* and *Schedule B* and made a part hereof.

7. The Debtor has sufficient income to support repayment of her full mortgage arrearage to her first-position mortgagee as well as the administrative expenses of the plan. Therefore, her plan has been proposed in good faith.

8. Furthermore, the Debtor is a below-median debtor. Although the Debtor's plan will likely provide a 0% payout to unsecured creditors, it is proposed in good faith as to those creditors because the Debtor has no non-exempt assets to distribute to her general unsecured creditors.

9. 11 U.S.C. 362(c)(3)(B) allows the court to extend the stay as to any and all creditors, subject to such conditions or limitations as the court imposes, provided that the Debtor demonstrates the filing of the later case is in good faith as to the creditors to be stayed. Based on the foregoing, the appended affidavits of Virginia and Robert Glanz, as well as the amended Schedules I and J, the Debtor has demonstrated that this case was filed in good faith.

10. Furthermore, the presumption that the case was not filed in good faith under 11 U.S.C. 362(c)(3)(C) does not apply because there has been a substantial change in the financial affairs of the debtor since the dismissal of the most recent previous case and no entity had moved for relief from the stay in the prior action. *See* 11 U.S.C. 362(c)(3)(C)(i)(III)(bb) & (ii).

11. For the foregoing reasons, the stay should be extended indefinitely as to all creditors.

**WHEREFORE**, the Debtor seeks an Order of this Court:

    **a.** Affirming that the automatic stay is and will remain in full force and effect as to all creditors, and/or

    **b.** Continuing the stay as to all creditors indefinitely and until further Order of this Court and/or;

    **c.** Such other relief as the Court deems just and proper.

Dated at Hartford, Connecticut this 25th day of February, 2016.

                                                    DEBTOR,
                                                  VIRGINIA GLANZ

By:    /s/ Suzann L. Beckett
          Suzann L. Beckett, Esq
          Beckett Law, LLC
          543 Prospect Avenue
          Hartford, CT   06105
          (860) 236-1111
          Federal Bar No. ct02186

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re | Chapter 13 |
|---|---|
| **VIRGINIA GLANZ,** | Case No.: 16-20266 |
| Debtor. | |

### "PROPOSED"

### ORDER EXTENDING THE AUTOMATIC STAY

UPON the motion of the Debtor Virginia Glanz and the affidavits appended thereto, and there being no response in opposition, and it appearing that the within matter was filed in good faith as to all creditors listed on the schedules, it is hereby

ORDERED, that the automatic stay under 11 U.S.C. 362 is hereby extended indefinitely pending plan confirmation as to all creditors, and may only be modified or vacated after notice and a hearing.

Dated this ____ day of _____, 2016, Hartford, Connecticut

_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| In re | Chapter 13 |
|---|---|
| **VIRGINIA GLANZ,** | Case No.: 16-20266 |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of February, 2016, a copy of the **Notice of Contested Matter Response Date, Motion to Extend the Stay, Affidavits, and the Proposed Order**, were served, as follows:

Molly T. Whiton, Ch. 13 Trustee
10 Columbus Blvd
Hartford, CT 06106
**VIA ECF**

Office of the U.S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT  06510
**VIA ECF**

To the creditors listed on the appended matrix in the manner indicated below.

                                          MOVANT, VIRGINIA GLANZ

                                      By:   /S/   Suzann L. Beckett
                                          Suzann L. Beckett,
                                          543 Prospect Avenue
                                          Hartford, CT   06105
                                          (860) 236-1111
                                          Federal Bar No. ct02186

Equifax
Attn: President
PO Box 740256
Atlanta, GA 30374
**VIA First Class Mail**

TransUnion
Attn: President
PO Box 2000
Chester, PA 19022
**VIA First Class Mail**

Experian
Attn: President
701 Experian Pkwy
Allen, TX 75013
**VIA First Class Mail**

Internal Revenue Service
135 High Street, Stop 155
Hartford, CT 06103
**VIA First Class Mail**

Department of Revenue Services
State of Connecticut
25 Sigourney Street
Hartford, CT 06106
**VIA First Class Mail**

Alexander Aponte
609 Farmington Ave
Suite 202
Hartford, CT 06105
**VIA First Class Mail**

Amy Himmelstein, OD
Optometric Assoc. of Bristol
751 Farmington Avenue
Bristol, CT 06010
**VIA First Class Mail**

AT&T
Attn: President
P.O. Box 8110
Aurora, IL 60507-8110
**VIA First Class Mail**

AT&T Services
Attn: President
1 Science Park
New Haven, CT 06511
**VIA First Class Mail**

Bristol Dental Associates
Attn: President
1235 Farmington Ave
Bristol, CT 06010
**VIA First Class Mail**

Bristol Hospital
Attn: President
P.O Box 1280
Bristol, CT 06011-1280
**VIA First Class Mail**

Bristol Water Department
Attn: President
119 Riverside Ave.
Bristol, CT 06010
**VIA First Class Mail**

CBCS
Attn: President
PO Box 69
Columbus, OH 43216
**VIA First Class Mail**

CHFA
Attn: President
999 West Street
Rocky Hill, CT
**VIA Certified Mail, Return Receipt Requested**

Chif
Attn: President
121 Tremont Street
Hartford, CT 06105
**VIA Certified Mail, Return Receipt Requested**

City of Bristol
Tax Collector
P.O. Box 1040
Bristol, CT 06010-1040
**VIA First Class Mail**

Cohen, Burns, Hard & Paul
81 South Main St.
West Hartford, CT 06107
**VIA First Class Mail**

Comcast
Attn: President
PO Box 196
Newark, NJ 07101-0196
**VIA First Class Mail**

Connecticut Housing Finance Authority
General Counsel's Office
999 West Street
Rocky Hill, CT 06067
**VIA First Class Mail**

Connecticut Light & Power
Attn: President
P.O. Box 150493
Hartford, CT 06115-0493
**VIA First Class Mail**

Credit One Bank
Attn: President
PO Box 98873
Las Vegas, NV 89193-8873
**VIA Certified Mail, Return Receipt Requested**

Eversource
Attn: President
P.O. Box 650032
Dallas, TX 75265-0032
**VIA First Class Mail**

First Premier Bank
Attn: President
PO Box 5529
Sioux Falls, SD 57117
**VIA Certified Mail, Return Receipt Requested**

Hartford Hospital
Attn: President
PO Box 31412
Hartford, CT 06150
**VIA First Class Mail**

Hartford Hospital
Attn: President
191 Patricia Genova Drive
Newington, CT 06111
**VIA First Class Mail**

Hertzmark Crean & Lahey, L.P.
76 Center St., Floor 1
Waterbury, CT 06702-2129
**VIA First Class Mail**

Hospital of Central CT
Attn: President
100 Grand Street
New Britain, CT 06050
**VIA First Class Mail**

Howard Lee Schiff, P.C.
510 Tolland Street, P.O. Box 280245
East Hartford, CT 06128
**VIA First Class Mail**

HUD
451 7th St. S.W
Washington, DC 20410
**VIA First Class Mail**

Jason Famiglietti
145 W. Main Street, PO Box 250
Plainville, CT 06062
**VIA First Class Mail**

John Andrew Kissel
107 Selden Street
Berlin, CT 06037
**VIA First Class Mail**

John Dempsey Hospital
Attn: President
263 Farmington Avenue, Box 4033
Farmington, CT 06034-4033
**VIA First Class Mail**

Joseph Peter Latino, Esq.
21 West Main St., 4th Floor
Waterbury, CT 06702
**VIA First Class Mail**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

Schedule A

| In re | Chapter 13 |
|---|---|
| **VIRGINIA GLANZ,** | Case No.: 16-20266 |
| Debtor. | |

STATE OF CONNECTICUT }
} ss: Hartford
COUNTY OF HARTFORD }

I, VIRGINIA GLANZ, of the City of Bristol, County of Hartford, and State of Connecticut, being over the age of eighteen years and understanding the obligation of an oath, do hereby state:

1. I am the debtor in the above-referenced matter, and as such am personally familiar with the facts and circumstances had herein. I make this affidavit upon my personal knowledge and belief in support of my motion to extend the automatic stay.

2. On July 30, 2014, I filed a case under Chapter 13 of the Bankruptcy Code. That case was dismissed on April 28, 2015.

3. The reason for the dismissal was a lack of income, preventing me from making payments. During the pendency of that case, I became disabled and lost my long-term position as a Medical Assistant; and one of my tenants stopped paying rent.

4. I immediately applied for Social Security Disability and, with the assistance of an attorney, was granted SSD in 2015.

5. I currently receive Social Security Disability Income in the amount of $1,202 per month.

6. I also receive $601 per month in SSDI for the benefit of my child.

7. The property at issue is a 3 family home, and both the 2nd and 3rd floors are now rented for the amount of $625 per month to the household, for a total monthly income of $1,300.00.

8. In addition, my former husband resides in the household and contributes approximately one/half of his monthly workers comp benefit of $532 per week to the household

9. Our current total household income is approximately $4,350.00.

10. According to the documentation provided by the bank in the foreclosure action, the total accrued principal, interest, and fees of my first-position mortgage is approximately $65,000.00. If accurate, the 60-month cure amount would be approximately $1,100.00.

11. According to the documentation provided by the bank in the foreclosure action, the total amount of the debt is $216,615.54 and the fair market value of the property is $130,000.

12. Upon information and belief, there has been no significant appreciation in the fair market value of the property since that date and none of the junior lienors have claims that attach to any of the equity in the property.

13. Amended Schedules I & J of my petition demonstrate a net cash flow of $1200.00, which is sufficient to pay for the administrative costs of the plan and the cure amount of the mortgage.

14. As I am now receiving sufficient income to support a confirmable plan, I respectfully request that the Court extend the automatic stay indefinitely pending confirmation of my Chapter 13 plan.

15. My mortgage company has worked with me in the past to allow me to retain my home, and I believe they will continue to do so if the stay is extended.

**WHEREFORE,** your affiant respectfully requests that this Court extend the automatic stay indefinitely pending confirmation of a Chapter 13 plan, together with such other and further relief as this Court deems just and proper.

_/s/ Virginia Glanz_
VIRGINIA GLANZ

Subscribed and sworn to before me this 25th day of February, 2016

_/s/ Sharon Oliver_
Sharon Oliver
Notary Public
My commission expires  3/31/2017.

Schedule B

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| In re | Chapter 13 |
|---|---|
| **VIRGINIA GLANZ,** | Case No.: 16-20266 |
| Debtor. | |

STATE OF CONNECTICUT }
                             }   ss: Hartford
COUNTY OF HARTFORD }

     I, ROBERT GLANZ, of the City of Bristol, County of Hartford, and State of Connecticut, being over the age of eighteen years and understanding the obligation of an oath, do hereby state:

1. I am the former spouse of the debtor in the above-referenced matter, and as such am personally familiar with the facts and circumstances had herein. I make this affidavit upon my personal knowledge and belief in support of my motion to extend the automatic stay.

2. I reside with the Debtor in the family home.

3. I am aware of the Debtor's Chapter 13 filing, and support her efforts to retain the family home.

4. Due to an injury at work, I am currently on Worker's Compensation.

5. I receive $532.00 per week.

6. In the past I have contributed to the household. I intend to continue to contribute to the household in the approximate amount of $1,200.00 per month for the foreseeable future.

**WHEREFORE,** your affiant respectfully requests that this Court extend the automatic stay indefinitely pending confirmation of a Chapter 13 plan, together with such other and further relief as this Court deems just and proper.

_____
ROBERT GLANZ

Subscribed and sworn to before me this 25th day of February, 2016

_____
Sharon Oliver
Notary Public
My commission expires  3/31/2017