UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:
VIRGINIA GLANZ
Debtor                                                                    Chapter 13
                                                                          CASE NO: 16-20266
CONNECTICUT HOUSING FINANCE AUTHORITY
        Movant
V.
VIRGINIA GLANZDebtors

MOLLY T. WHITON                                                March 3, 2016
Trustee

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND SERVICE OF PAPERS**

TO:    The Honorable Judge of the
       United States Bankruptcy Court
       450 Main Street
       Hartford, CT 06103

Please take notice that CONNECTICUT HOUSING FINANCE AUTHORITY pursuant to Rule 2002 and 9007 of the Rules of Bankruptcy Procedure and Section 102(1) of the United States Bankruptcy Code, hereby files an appearance by its counsel in the above-captioned case and demands that notice of all matters given or required to be given in connection with the above-captioned matter and all papers served or required to be served in connection with the above-captioned matter be given and served upon the undersigned as follows: Kevin J. Burns, Esq., Cohen, Burns, Hard & Paul, 81 South Main Street, West Hartford, Connecticut. Telephone (860) 561-1036 - Telecopier (860) 247-2126.

Please take further notice that demand is hereby also made for service of copies of all papers, reports, pleadings, motions, and applications, orders or any other papers filed in the within bankruptcy matter, by mail or otherwise.

Dated at Hartford, Connecticut this 3rd day of March 2016

                                        MOVANT, CHFA

                                         /s/Kevin J. Burns, Esq. _____
                                        COHEN, BURNS, HARD & PAUL
                                        81 South Main Street
                                        West Hartford, CT 06107
                                        (860) 561-1036
                                        Juris #CT 03075

kburns@cbhplaw.com