# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
March 18, 2016

In re:
   Virginia C. Glanz
                Debtor*

Case Number: 16–20266 amn
Chapter: 13

### Order Extending Automatic Stay

The above named Debtor has filed a Motion to Extend the Automatic Stay and an Affidavit pursuant to 11 U.S.C. § 362(c)(3)(B) (the "Motion"), ECF No. 8, and the Debtor having previously filed a bankruptcy petition within one–year before the petition date of this bankruptcy case, and that previous bankruptcy case having been dismissed,

The Court finds that, in the absence of an objection, the affidavit provides clear and convincing evidence that the Debtor filed this case "in good faith as to the creditors to be stayed" within the meaning of 11 U.S.C. §362(c)(3)(B). Therefore, after a notice and hearing, it is hereby

ORDERED, that the automatic stay of 11 U.S.C. § 362(a) is extended pursuant to 11 U.S.C. § 362(c)(3)(B) and shall continue in full force and effect at all times this case remains pending before this Court, or until such time as the stay is terminated, annulled, modified or conditioned upon motion, after notice and a hearing, pursuant to 11 U.S.C. § 362(d) or (e).

Dated: March 18, 2016

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 124 – bjl

*For the purposes of this order, "Debtor" means "Debtors" where applicable.