# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In re** <br><br> **Virginia Glanz,** <br><br> **Objectant.** | **Case No.: 16-20266** <br> **Chapter 13** <br><br> May 23, 2016 |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for VIRGINIA GLANZ pursuant to FRBP 9010(b).

The Debtor respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the address, telephone number and email address listed below.

Dated:    May 23, 2016          VIRGINIA GLANZ, DEBTOR

By: /s/ David Lavery
David Lavery (ct. 29971)
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT 06105
T: 860-236-1111
F: 860-236-0050
DavidL@beckett-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David Lavery

**VIA ECF**

1. Suzann L. Beckett on behalf of Debtor Terrence Hall
   SuzannB@Beckett-Law.com

2. Kevin J. Burns on behalf of Creditor Connecticut Housing Finance Authority
   kburns@cbhplaw.com

3. U. S. Trustee
   USTPRegion02.NH.ECF@USDOJ.GOV

4. Molly T. Whiton
   mtwhiton@mtwhiton.com

**VIA First Class Mail**

1. Virginia Glanz
   29 Pardee Street
   Bristol, CT 06010