# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| In re | Case No.: 16-20266 |
|---|---|
| Virginia Glanz, | Chapter 13 |
| Objectant. | May 23, 2016 |

## OBJECTION TO MOTION FOR RELIEF FROM STAY

VIRGINIA GLANZ, (hereinafter the "Objectant") objects to the Motion for Relief from the Automatic Stay (ECF No.: 22) filed by CONNECTICUT HOUSING FINANCE AUTHORITY (hereinafter the "Movant") as follows:

1.   Upon information and belief, the Debtor is only due for the May 1, 2016 post-petition payment and is in the process of making said payment.

2.   Upon information and belief, the Debtor received the Movant's Notice of Payment Change in March with a payment due date of May 1, 2016 and interpreted the notice as an indication that she did not need to commence making post-petition mortgage payments until May 1.

## CONCLUSION

3.   For the foregoing reasons, the Objectant requests that the Motion for Relief from the Automatic Stay be denied.

**WHEREFORE**, the Objectant prays for an order denying the Motion for Relief from the Automatic Stay, together with such other and further relief as this Court deems just and proper.

Dated:  May 23, 2016

/s/ David Lavery
David Lavery (ct29971)
Beckett Law, LLC
543 Prospect Ave
Hartford, CT 06105
T: 860-236-1111
F: 860-236-0050
DavidL@beckett-law.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| In re | Case No.: 16-20266 |
|---|---|
| **Virginia Glanz,** | |
| **Objectant.** | **Chapter 13** |

# PROPOSED
# ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come before the Court after notice and a hearing on a Motion for Relief from the Automatic Stay, ECF No.: 22 (the "Motion"), and the Court having considered the Motion and any filed response, and it appearing that cause exists to deny the Motion, it is hereby

ORDERED, that the Motion of Connecticut Housing Finance Authority shall be, and hereby is, denied.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| In re | Case No.: 16-20266 |
|---|---|
| **Virginia Glanz,** | Chapter 13 |
| Objectant. | May 23, 2016 |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 23rd day of May, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. **Documents Served:**

    1. Objection to Rule 2004 Examination
    2. Proposed Order
    3. Certificate of Service

2. **Parties Served via First Class Mail:**

    1. Virginia Glanz
       29 Pardee Street
       Bristol, CT 06010

3. **Parties Served via ECF:**

    1. Suzann L. Beckett on behalf of Debtor Terrence Hall
       SuzannB@Beckett-Law.com

    2. Kevin J. Burns on behalf of Creditor Connecticut Housing Finance Authority
       kburns@cbhplaw.com

    3. U. S. Trustee
       USTPRegion02.NH.ECF@USDOJ.GOV

4. Molly T. Whiton
   mtwhiton@mtwhiton.com

Dated: May 23, 2016

/s/ David Lavery
David Lavery (ct29971)
Beckett Law, LLC
543 Prospect Ave
Hartford, CT 06105
T: 860-236-1111
F: 860-236-0050
DavidL@beckett-law.com